IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY EVELYN BAZIL,

        Plaintiff,                    No. CIV 2:11-cv-1152-FCD-JFM (PS)

    vs.

DEUTSCHE BANK NAT'L TRUST CO. *et al.*,

        Defendants.               ORDER

_____/

        Plaintiff, proceeding pro se, filed a motion for temporary restraining order on August 4, 2011. The court has reviewed the motion and finds that it does not comply with the requirements of Local Rule 231.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion is denied without prejudice; and

        2. The Clerk of the Court is directed to forward to plaintiff a copy of Local Rule 231 and a copy of the Eastern District of California's checklist for temporary restraining orders.

DATED: August 12, 2011.

                                                        UNITED STATES MAGISTRATE JUDGE

/014;bazi1152.tro