IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY EVELYN BAZIL,

      Plaintiff,

    vs.

DEUTSCHE BANK NAT'L TRUST CO. *et al.*,

      Defendants.

                                       /

No. CIV 2:11-cv-1152-JAM-JFM (PS)

ORDER TO SHOW CAUSE

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed April 29, 2011, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed April 29, 2011, and plaintiff has not yet served defendants with summons.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause, in writing, within ten days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m); and

1

2.  The initial scheduling conference set for October 13, 2011 is vacated.

DATED: October 12, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;bazi1152.osc.4m