1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARY EVELYN BAZIL,

11          Plaintiff,                    No. CIV 2:11-cv-1152-JAM-JFM (PS)

12      vs.

13   DEUTSCHE BANK NAT'L TRUST
     CO. *et al.*,

14          Defendants.                   ORDER

15   _____/

16

17          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

     referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18

19          On February 23, 2012, the magistrate judge filed findings and recommendations

     herein which were served on plaintiff and which contained notice to plaintiff that any objections

20

     to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

21

     objections to the findings and recommendations.

22

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

     304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

24

     file, the court finds the findings and recommendations to be supported by the record and by

25

     proper analysis.

26

1

1    Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed February 23, 2012 are adopted in full;

3  and

4       2.  Plaintiff's ex parte application for temporary restraining order is denied.

5  DATED:   March 29, 2012

6                                    /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26