IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY EVELYN BAZIL,

    Plaintiff,                    No. CIV 2:11-cv-1152-JAM-JFM (PS)

    vs.

DEUTSCHE BANK NAT'L TRUST CO. *et al.*,

    Defendants.               <u>ORDER</u>

_____/

        On January 27, 2012, defendant Fidelity National Title Company ("Fidelity") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On February 23, 2012, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

inherent power of the Court." In the order filed February 23, 2012, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed, and the hearing on defendant Fidelity's motion to dismiss was continued to April 5, 2012.

After the court issued its February 23, 2012 order regarding plaintiff's failure to file an opposition to Fidelity's motion to dismiss, defendants Atlantic & Pacific Foreclosure Services LLC, Carrington Mortgage Services, LLC, and Deutsche Bank National Trust Company filed a separate motion to dismiss, also set for hearing on April 5, 2012. Plaintiff has not opposed this motion, either.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on the January 27, 2012 and February 27, 2012 motions to dismiss is continued to May 10, 2012 at 11:00 a.m.; and

2. Within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the pending motions to dismiss or file a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: March 30, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;bazi1152.46osc